UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAXCIMO SCOTT, JAY ENSOR,
MATTHEW MEDINA, EUFEMIA JIMENEZ,
KRYSTAL PARKER, STACY HIGGS, and
CHRISTINE GATELEY, on behalf of themselves
all others similarly situated

               Plaintiff,

-against-

CHIPOTLE MEXICAN GRILL, INC. and
CHIPOTLE SERVICES, LLC,

               Defendants.

ORDER

12-CV-8333 (ALC)(SN)

ANDREW L. CARTER, JR., District Judge:

    Plaintiffs are granted leave to file a motion for the Court to certify its March 29, 2017 Opinion for interlocutory review pursuant to 28 U.S.C. § 1292(b). The Court sets the following briefing schedule:

| | |
|---|---|
| Plaintiffs' Motion: | May 20, 2017 |
| Defendant's Opposition: | June 3, 2017 |
| Plaintiffs' Reply, if any: | June 17, 2017 |

    The Clerk of the Court is directed to terminate ECF No. 1140.

SO ORDERED.

Dated:    April 19, 2017
           New York, New York

                                        ANDREW L. CARTER, JR.
                                        UNITED STATES DISTRICT JUDGE