**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
**MAXCIMO SCOTT and JAY ENSOR, et al., on** :
**behalf of themselves and all others similarly situated,** :
:
                         **Plaintiffs,** :        **12-CV-8333 (ALC)**
:
        **-against-** :        **BRIEFING ORDER**
:
**CHIPOTLE MEXICAN GRILL INC.,** :
:
                         **Defendant.** :
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The Parties are hereby **ORDERED** to submit supplemental briefing on the issue of decertification of the collective action in light of the Second Circuit's opinion in *Scott v. Chipotle Mexican Grill, Inc.*, 954 F.3d 502 (2d Cir. 2020). The Parties should each submit a supplemental brief on or before **May 22, 2020**. The Parties may each file a reply to their respective supplemental briefs on or before **June 5, 2020**.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **April 27, 2020**

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**