```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/18/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------- x
**MAXCIMO SCOTT and JAY ENSOR, et al., on**
**behalf of themselves and all others similarly situated,**

                              **Plaintiffs,**                **12-CV-8333 (ALC)**

            **-against-**                                    **ORDER**

**CHIPOTLE MEXICAN GRILL INC.,**

                              **Defendant.**
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of Defendant's motion to stay the briefing schedule set on April 27, 2020. *See* ECF No. 1170. Defendant's request is hereby **GRANTED** and the briefing schedule is **STAYED** pending resolution of the appellate proceedings.

**SO ORDERED.**

**Dated:**      **New York, New York**
                 **May 18, 2020**

                                                        _____
                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**