USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/29/2021__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

MAXCIMO SCOTT and JAY ENSOR,
*on behalf of themselves and all others similarly situated*,

          **Plaintiffs,**

  -against-

CHIPOTLE MEXICAN GRILL, INC.,

          **Defendant.**
-----------------------------------------------------------X

      **12-cv-8333 (ALC)(SN)**

      **ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the Second Circuit's decision remanding the case to this Court for further proceedings consistent with their opinion. The parties are hereby ORDERED to file a joint status report with proposed next steps by no later than February 12, 2021.

SO ORDERED.

Dated:      **January 29, 2021**
                **New York, New York**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**