

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __09/02/2021__

September 1, 2021

**Via ECF**
The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   *Scott v. Chipotle Mexican Grill, Inc.*, No. 12 Civ. 8333 (ALC) (SN)

Dear Judge Carter:

Together with Shavitz Law Group, P.A. and Fitapelli & Schaffer LLP, we represent Plaintiffs in the above-referenced matter. We write to seek an order (a) extending the deadline to file a motion for approval of settlement from September 3, 2021 to on or before September 17, 2021, and (b) granting Plaintiffs permission to file a brief of up to 39 pages in support of the motion for settlement approval.

While the Parties anticipate executing a formal settlement agreement shortly, Defendants have not yet confirmed that there is final agreement on the settlement language. Accordingly, Plaintiffs respefully request an extension of the deadline to file a motion for approval of settlement to on or before September 17, 2021. The requested extension of the deadline to file a motion for approval of settlement is the first request as to this deadline, and the extension if granted will not affect any other scheduled dates.

Plaintiffs also request an extension of the page limit from 25 pages to 39 pages for the memorandum of law in support of the settlement approval motion. We believe that a page extension is necessary to set forth the procedural history of the case, explain the terms of the settlement, and properly address how the settlement meets the standards for approval.

Defendants consent to both the request for extension of time and the request for an enlargement of the page limit.

SO ORDERED:
*/s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
Dated: September 2, 2021

Respectfully submitted,

/s/ *Melissa L. Stewart*
Melissa L. Stewart
*Counsel for Plaintiffs*

cc:   Counsel of record (via ECF)

**New York**  685 Third Avenue  25th Floor  New York, NY 10017  Tel (212) 245-1000  Fax (646) 509-2060
**San Francisco**  One California Street  12th Floor  San Francisco, CA 94111  Tel (415) 638-8800  Fax (415) 638-8810
**Washington DC**  601 Massachusetts Ave NW  Suite 200W  Washington, DC 20001  Tel (202) 847-4400  Fax (202) 847-4410

www.outtengolden.com