

September 15, 2021

**Via ECF**
The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __9/16/2021__

Re:   *Scott v. Chipotle Mexican Grill, Inc.*, No. 12 Civ. 8333 (ALC) (SN)

Dear Judge Carter:

**MEMO ENDORSED**

  Together with Shavitz Law Group, P.A. and Fitapelli & Schaffer LLP, we represent Plaintiffs in the above-referenced matter.  We write to seek an order extending the deadline to file a motion for approval of settlement from September 17, 2021 to on or before October 1, 2021.

  To avoid further requests for extensions, Plaintiffs propose that the Parties confirm this week that they have final agreement on the settlement language, and fully execute the final agreement by September 21.  Accordingly, Plaintiffs respectfully request an extension of the deadline to file a motion for approval of settlement to on or before October 1, 2021.  The requested extension of the deadline to file a motion for approval of settlement is the second request as to this deadline, and the extension if granted will not affect any other scheduled dates.  Defendants consent to this request.

          Respectfully submitted,

          /s/ *Melissa L. Stewart*
          Melissa L. Stewart
          *Counsel for Plaintiffs*

cc:   Counsel of record (via ECF)

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
**Dated: 9/16/2021**

**New York**  685 Third Avenue  25th Floor  New York, NY 10017  Tel (212) 245-1000  Fax (646) 509-2060
**San Francisco**  One California Street  12th Floor  San Francisco, CA 94111  Tel (415) 638-8800  Fax (415) 638-8810
**Washington DC**  601 Massachusetts Ave NW  Suite 200W  Washington, DC 20001  Tel (202) 847-4400  Fax (202) 847-4410

www.outtengolden.com