IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAXCIMO SCOTT, JAY ENSOR, MATTHEW MEDINA, EUFEMIA JIMENEZ, KRYSTAL PARKER, STACY HIGGS, and CHRISTINA JEWEL GATELEY, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br>   v.<br><br>CHIPOTLE MEXICAN GRILL, INC., and CHIPOTLE SERVICES, LLC,<br><br>                Defendants. | No. 12 Civ. 8333 (ALC) (SN) |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT, SERVICE AWARDS, AND ATTORNEYS' FEES AND COSTS**

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of their Unopposed Motion for Approval of Settlement, Service Awards, and Attorneys' Fees and Costs and the Declaration of Melissa Stewart ("Stewart Decl.") and accompanying exhibits, Plaintiffs respectfully request that the Court enter an Order:

(1)    finding that the Parties' Settlement in this Fair Labor Standards Act action is a fair, reasonable, and adequate resolution of a bona fide dispute;

(2)    approving the Parties' Settlement and incorporating the terms of the Parties' Agreement;

(3)    approving the Parties' agreed form of Notice of Calculation, and the plan for its distribution;

(4)    approving the requested Service Awards;

(5)    approving Plaintiffs' Counsel's request for attorneys' fees and costs;

(6)    dismissing this action with prejudice; and

(7)   retaining jurisdiction to enforcement the Settlement.

Dated: October 1, 2021				Respectfully submitted,

						*/s/ Melissa L. Stewart*
						Justin M. Swartz
						Melissa L. Stewart
						**OUTTEN & GOLDEN LLP**
						685 Third Avenue, 25th Floor
						New York, New York 10017
						Telephone: (212) 245-1000

						Brian S. Schaffer
						Frank J. Mazzaferro
						**FITAPELLI & SCHAFFER, LLP**
						28 Liberty Street, 25th Floor
						New York, New York 10005
						Telephone: (212) 300-0375

						Gregg I. Shavitz (*pro hac vice*)
						**SHAVITZ LAW GROUP, P.A.**
						951 Yamato Road, Suite 285
						Boca Raton, FL 33431
						Telephone: (561) 447-8888