

December 6, 2021

<u>Via ECF</u>
The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Scott v. Chipotle Mexican Grill, Inc.*, No. 12 Civ. 8333 (ALC) (SN)

Dear Judge Carter:

Together with Lena A. Brinjikji and Kendra Beckwith of Messner Reeves LLP, we represent Defendant Chipotle Mexican Grill, Inc. in the above-referenced matter.

We write on behalf of the parties to seek an order extending the deadline to file a revised settlement agreement for reconsideration and approval and provide the additional information requested by the Court, from December 6, 2021 to on or before December 8, 2021. The parties have finalized mutually agreeable settlement terms in accordance with the Court's November 8, 2021 Order (Doc. No. 1196), and this extension will provide the parties time to fully execute the revised settlement agreement and simultaneously submit the additional information requested by the Court. The requested extension of the deadline is the second request as to this deadline, and the extension, if granted, will not affect any other scheduled dates. Plaintiffs consent to this request.

Respectfully Submitted,

MARTENSON, HASBROUCK & SIMON LLP

Elizabeth Bulat Turner, Esq.
*Counsel for Defendant*

cc: Counsel of Record (via ECF)